**James L. GREENE, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7084.

United States Court of Appeals, Federal Circuit.

March 13, 2012.

Aaron J. Capron, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Palo Alto, California, argued for claimant-appellant. With him on the brief were Erik R. Puknys; and Ronald L. Smith, of Washington, DC.

Melissa M. Devine, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director. Of counsel on the brief were Martin J. Sender and Michael J. Timinski, Attorneys, United States Department of Veterans Affairs, of Washington, DC.

LINN, DYK, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**